**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

 JUL 31 2018 

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

YASMIN NISANOV, on behalf of herself
and all others similarly situated,

    Plaintiffs,

-against-

ALLTRAN FINANCIAL, LP, and
ALLTRAN EDUCATION, INC.

    Defendant.

Case No. 1:18-cv-00830-WFK-VMS

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:  Brooklyn, New York
        July 30, 2018

By: /s/ Joseph H. Mizrahi
Joseph H. Mizrahi, Esq.
Joseph H. Mizrahi Law P.C.
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
Tel:(929) 575-4175
Joseph@jmizrahilaw.com
*Attorney for Plaintiff*

By: /s/ Adam P. Hartley
Adam P. Hartley, Esq.
Ballard Spahr LLP
1675 Broadway, 19th Floor
New York, NY 10019
Tel: (646) 346-8033
hartleya@ballardspahr.com
*Attorney for Defendant*

The application is ___ granted.
    SO ORDERED ___ denied.

William F. Kuntz, II, U.S.D.J.
Dated: July 30, 2018
    Brooklyn, New York